# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5267**                               **September Term, 2022**

**1:21-cv-02365-TNM**

**Filed On: October 12, 2022** [1968515]

Architects & Engineers for 9/11 Truth, et al.,

    Appellants

Barbara Krukowski-Rastelli and William Prevatel, AIA,

    Appellees

    v.

Gina Raimondo, in her official capacity as Secretary of Commerce, et al.,

    Appellees

**O R D E R**

The notice of appeal was filed on October 3, 2022, and docketed in this court on October 12, 2022. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 14, 2022 |
| Docketing Statement Form | November 14, 2022 |
| Entry of Appearance Form | November 14, 2022 |
| Procedural Motions, if any | November 14, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 14, 2022 |
| Statement of Issues to be Raised | November 14, 2022 |
| Transcript Status Report | November 14, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | November 14, 2022 |
| Dispositive Motions, if any | November 28, 2022 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5267**                                      **September Term, 2022**

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 14, 2022 |
| Entry of Appearance Form | November 14, 2022 |
| Procedural Motions, if any | November 14, 2022 |
| Dispositive Motions, if any | November 28, 2022 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                              BY:    /s/
                                         Lynda M. Flippin
                                         Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

      <u>Civil Docketing Statement Form</u>
      <u>Entry of Appearance Form</u>
      <u>Transcript Status Report Form</u>
      <u>Request to Enter Appellate Mediation Program</u>
      <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
      <u>Stipulation to be Placed in Stand-By Pool of Cases</u>