# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Architects & Engineers for 9/11 Truth, et al

v.

Gina Raimondo, in her official capacity as S

**Case No:** 22-5267

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Architects & Engineers for 9/11 Truth | Helen McILvaine |
| Matt Campbell | Kacee Papa |
| Diana Hetzel | Drew DePalma |
| Robert McILvaine | Francine Scocozzo |

### Counsel Information

**Lead Counsel:** Mick G. Harrison

**Direct Phone:** (812) 361-6220   **Fax:** (812) 233-3135   **Email:** mickharrisonesq@gmail.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**Firm Name:** Mick G. Harrison, Attorney at Law

**Firm Address:** 520 S. Walnut Street, #1147, Bloomington, IN 47402

**Firm Phone:** (812) 361-6220   **Fax:** (812) 233-3135   **Email:** mickharrisonesq@gmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## Party Information – Additional Sheet

(List each represented party individually)

Justin Myers

Bill Brinnier

Ron Brookman

Seth McVey

Mike Henry

Dave Parker

Peter Kosmoski

Kamal Obeid

Lynn Affleck

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Entry of Appearance of Attorney Mick G. Harrison with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Mick G. Harrison