[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Architects & Engineers for 9/11 Truth, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Case No.: 22-5267 |
| ) | |
| ) | |
| Gina Raimondo, in her official capacity as Secretary ) | |
| of Commerce, et al., ) | |
| ) | |
| Appellees. ) | |

**APPELLANTS' DEFERRED APPENDIX STATEMENT**

The Appellants do not request leave to utilize the deferred appendix option described in Fed.R.App.P. 30(c) and will proceed without use of a deferred appendix.

Respectfully submitted,

s/ Mick G. Harrison
Mick G. Harrison, Attorney at Law (#55038)
520 S. Walnut Street, #1147
Bloomington, IN 47402
Tel. 812-361-6220
Fax 812-233-3135
Eml. mickharrisonesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Appellants' Statement Regarding Deferred Appendix with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Mick G. Harrison