UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GINA M. RAIMONDO, *in her official capacity as Secretary of Commerce*, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02365 (TNM) |

# ORDER

Upon consideration of the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

ORDERED that Defendants' [17] Motion to Dismiss is GRANTED.

**SO ORDERED**.

This is a final, appealable Order. The Clerk of Court is directed to close the case.

Dated: August 2, 2022                                       TREVOR N. McFADDEN, U.S.D.J.