# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **22-5267**
2. DATE DOCKETED: **10/12/2022**
3. CASE NAME (lead parties only) **Architects & Engineers for 9/11 Truth** v. **Gina Raimondo, in her official capacity as Secretary of**
4. TYPE OF CASE: ☐ District Ct - ☒ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No. Civil Action **1:21-cv-2365-TNM** | Bankruptcy Court Docket No. Bankruptcy ___ Adversary ___ | Tax Court Docket No. Tax ___
      Criminal ___ Miscellaneous ___ Ancillary ___
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Trevor N. McFadden** Magistrate Judge ___
   d. Date of order(s) appealed (use date docketed): **08/02/2022** e. Date notice of appeal filed: **10/03/2022**
   f. Has any other notice of appeal been filed in this case? ☐ Yes ☒ No If YES, date filed: ___
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No If YES, date filed: ___
      If YES, identify motion ___
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ☒ No
      If NO, why not? **No transcripts were created before the District Court and none are required for appeal**
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal # ___ ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ☐ Yes ☒ No
      If YES, give popular name and citation of statute ___
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No If so, provide program name and participation dates

Signature **s/ Mick G. Harrison** Date **10-17-2022**
Name of Party **Architects & Engineers for 9/11 Truth et al. (all parties to Notice of Appeal)**
Name of Counsel for Appellant/Petitioner **Mick G. Harrison**
Address **520 S. Walnut Street, #1147, Bloomington, IN 47402**
Phone ( **812** ) **361-6220** Fax ( **812** ) **233-3135**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Civil Docketing Statement with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Mick G. Harrison