# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Architects & Engineers for 9/11 Truth, et al

v. Gina Raimondo, et al

**Case No:** 22-5267

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Gina Raimondo

National Institute of Standards and Technology

James Olthoff

### Counsel Information

**Lead Counsel:** Catherine Padhi

**Direct Phone:** (202) 514-5091  **Fax:** ( ) -  **Email:** catherine.m.padhi@usdoj.gov

**2nd Counsel:** Mark B. Stern

**Direct Phone:** (202) 514-5089  **Fax:** ( ) -  **Email:** mark.stern@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave., NW  Washington, DC 20530

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:** civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)