[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Architects & Engineers for 9/11 Truth, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Case No.: 22-5267 |
| ) | |
| ) | |
| Gina Raimondo, in her official capacity as Secretary ) | |
| of Commerce, et al., ) | |
| ) | |
| Appellees. ) | |

**CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

(A)  **Parties and Amici.**

The parties in this appeal are:

(1)   The Appellants: Architects & Engineers for 9/11 Truth, Robert McILvaine, Helen McILvaine, Matt Campbell, Diana Hetzel, Kacee Papa, Drew DePalma, Francine Scocozzo, Justin Myers, Bill Brinnier, Ron Brookman, Seth McVey, Mike Henry, Dave Parker, Peter Kosmoski, Kamal Obeid, and Lynn Affleck; and

(2)   The Appellees: Gina M. Raimondo, in her official capacity as Secretary of Commerce, Dr. James Olthoff,[1] in his official capacity as Director of

---

[1] Dr. Olthoff, an originally named defendant, has been replaced as Director of NIST by Dr. Laurie E. Locascio.

the National Institute for Standards and Technology, and The National Institute of Standards and Technology (NIST);

To date, there have been no intervenors or amici that have participated in this case.

(B)  **Rulings Under Review.**

The rulings under review are the District Court's Memorandum Opinion and the District Court's accompanying Order (Dkt. Nos. 22, 23) dismissing Plaintiffs-Appellants' claims for lack of standing, both of which the District Court (McFadden, J.) entered on August 2, 2022.

On October 17, 2022, the rulings under review were filed electronically with this Court by Appellants.

(C)  **Related Cases.**

This case has not previously been before this Court. Counsel is not aware of any related cases.

                      Respectfully submitted,

                      <u>s/ Mick G. Harrison</u>
                      Mick G. Harrison, Attorney at Law (#55038)
                      520 S. Walnut Street, #1147
                      Bloomington, IN 47402
                      Tel. 812-361-6220
                      Fax 812-233-3135
                      Eml. mickharrisonesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Appellants' Certificate as to Parties, Rulings, and Related Cases with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Mick G. Harrison