[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Architects & Engineers for 9/11 Truth, et al., | ) |
| Appellants, | ) ) ) |
| v. | ) Case No.: 22-5267 ) ) |
| Gina Raimondo, in her official capacity as Secretary of Commerce, et al., | ) ) ) ) |
| Appellees. | ) |

**<u>APPELLANTS' STATEMENT OF ISSUES TO BE RAISED</u>**

Appellants hereby respectfully submit their list of issues to be raised in this appeal:

(1) Whether the District Court erred in concluding that each of the Plaintiffs-Appellants lacked informational standing;

(2) Whether the District Court erred in concluding that organizational Plaintiff-Appellant Architects & Engineers for 9/11 Truth lacked organizational standing;

(3) Whether the District Court erred in concluding that each of the Plaintiffs-Appellants lacked Article III standing;

(4) Whether the District Court erred as a matter of law in its interpretation of the National Construction Safety Team Act, 15 U.S.C. § 7301 *et*

1

*seq.*;

(5) Whether the District Court erred in applying prior case decisions that are distinguishable as if they were controlling;

(6) Whether the District Court erred in failing to follow binding precedent from the United States Court of Appeals for the District of Columbia Circuit; and

(7) Whether the District Court erred as a matter of law in granting Defendants' Motion to Dismiss.

                              Respectfully submitted,

                              s/ Mick G. Harrison
                              Mick G. Harrison, Attorney at Law (#55038)
                              520 S. Walnut Street, #1147
                              Bloomington, IN 47402
                              Tel. 812-361-6220
                              Fax 812-233-3135
                              Eml. mickharrisonesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Appellants' Statement of Issues with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Mick G. Harrison