# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5267
2. DATE DOCKETED: 10/12/2022
3. CASE NAME (lead parties only) Architects & Engineers for 9/11 T v. Gina Raimondo, in her official capacity as Secretary of
4. TYPE OF CASE: ☐ District Ct - ◉ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:21-cv-2365-TNM    Bankruptcy    Tax
      Criminal    Adversary
      Miscellaneous    Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Trevor N. McFadden    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 08/02/2022    e. Date notice of appeal filed: 10/03/2022
   f. Has any other notice of appeal been filed in this case? ☐ Yes ◉ No    If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ◉ No    If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ◉ No
      If NO, why not? No transcripts are required, and no proceedings below requiring a transcript were held
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal # _____ ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ☐ No
      If YES, give popular name and citation of statute National Construction Safety Team Act, 15 U.S.C. § 7301 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ◉ No  If so, provide program name and participation dates

Signature s/ Mick G. Harrison    Date 10/17/2022
Name of Party Architects & Engineers for 9/11 Truth et al.
Name of Counsel for Appellant/Petitioner Mick G. Harrison
Address 520 S. Walnut Street, #1147, Bloomington, IN 47402
Phone ( 812 ) 361-6220    Fax ( 812 ) 233-3135

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing Amended Civil Docketing Statement with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Mick G. Harrison