**[ORAL ARGUMENT NOT YET SCHEDULED]**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

ARCHITECTS & ENGINEERS FOR 9/11
TRUTH, et al.,
    *Appellants,*

        *v.*

GINA M. RAIMONDO, in her official capacity
as Secretary of Commerce, et al.,
    *Appellees.*

No. 22-5267

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

**A.    Parties and Amici**

The appellants are Architects & Engineers for 9/11 Truth, Robert McIlvaine, Helen McIlvaine, Matt Campbell, Diana Hetzel, Kacee Papa, Drew DePalma, Francine Scocozzo, Justin Myers, Bill Brinnier, Ron Brookman, Seth McVey, Mike Henry, Dave Parker, Peter Kosmoski, Kamal Obeid, and Lynn Affleck.

The appellees are Gina M. Raimondo, in her official capacity as Secretary of Commerce; Laurie Locascio, in her official capacity as Director of the National Institute of Standards and Technology (formerly James

Olthoff, in his official capacity as Director of the National Institute of Standards and Technology); and the National Institute of Standards and Technology.

There are no amici or intervenors in these proceedings.

**B.    Rulings under Review**

Appellants have appealed the memorandum opinion and the order granting defendants' motion to dismiss in *Architects & Engineers for 9/11 Truth v. Raimondo*, No. 1:21-cv-2365-TNM (D.D.C. Aug. 2, 2022) (McFadden, J.), ECF Nos. 22, 23.

**C.    Related Cases**

This case has not previously been before this court.   Counsel is aware of no other related cases currently pending in this court or in any other court.

                                          /s/ Catherine Padhi
                                          Catherine Padhi
                                          *Civil Division, Appellate Staff*
                                          *U.S. Department of Justice*
                                          *950 Pennsylvania Ave., N.W., Room 7712*
                                          *Washington, D.C. 20530*
                                          *(202) 514-5091*

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I electronically filed the foregoing certificate with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Catherine Padhi*
Catherine Padhi