# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5267**                        **September Term, 2022**

**1:21-cv-02365-TNM**

**Filed On: February 10, 2023** [1985424]

Architects & Engineers for 9/11 Truth, et al.,

        Appellants

Barbara Krukowski-Rastelli and William Prevatel, AIA,

        Appellees

        v.

Gina Raimondo, in her official capacity as Secretary of Commerce, et al.,

        Appellees

## **O R D E R**

Upon consideration of appellees' unopposed motion for a 30-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

    Appellees' Brief                                               March 20, 2023

    Appellants' Reply Brief                                 April 10, 2023

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk
                                BY:     /s/
                                                         Michael C. McGrail
                                                         Deputy Clerk