

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7712
Washington, DC 20530

Tel: (202) 514-5091

March 22, 2023

Mr. Mark Langer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW
Washington, DC 20001

      Re:    *Architects & Engineers for 9/11 Truth v. Raimondo*, No. 22-5267

Dear Mr. Langer:

      I represent defendants-appellees in the above matter. I write to inform the Court that I will be away on personal travel from approximately August 14-17, 2023, and September 15-22, 2023. Additionally, I am presenting oral argument in *Logic Tech. Dev. LLC v. FDA*, No. 22-3030 (3d Cir.), on May 9, 2023. If the Court schedules oral argument in this case, I respectfully request that it avoid those dates (and, if possible, dates shortly thereafter to permit sufficient time to prepare).

      Sincerely,

      /s/ *Catherine Padhi*
      Catherine Padhi

cc:    All counsel by ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I electronically filed the foregoing letter with the Clerk of the Court by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Catherine Padhi*
Catherine Padhi