# MICK G. HARRISON, ESQ.

520 S. Walnut St., # 1147
Bloomington, IN 47402
812-361-6220
Email: mickharrisonesq@gmail.com

March 22, 2023

Mr. Mark Langer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re: Architects & Engineers for 9/11 Truth v. Raimondo, No. 22-5267

Dear Mr. Langer:

I represent plaintiffs-appellants in the above matter. I write to inform the Court of two matters. First, Appellants will not be submitting a reply brief (unless the Court so requests).

Second, regarding my availability for oral argument as Appellants' counsel of record, I am committed to a settlement judge mediation before the U.S. Department of Labor (DOL) Office of Administrative Law Judges (OALJ) in a whistleblower case (OALJ No. 2022-ERA-00001) which will require travel, resulting in my being unavailable on the dates of May 8-12, 2023. I also currently have a trial scheduled in another whistleblower case before the DOL OALJ (OALJ No. 2022-SOX-00022) which will also require some travel, making me unavailable the dates of June 5-8, 2023. It is possible that this trial will be continued to October.

If the Court schedules oral argument in this case, I respectfully request that it avoid those dates.

Sincerely,

/s/ Mick G. Harrison
Mick G. Harrison, Attorney at Law

cc: All counsel by ECF

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing letter with the Clerk of the Court by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Mick G. Harrison
Mick G. Harrison, Attorney at Law