# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 22-5267 | September Term, 2022 |
| | 1:21-cv-02365-TNM |

**Filed On: August 28, 2023** [2014381]

Architects & Engineers for 9/11 Truth, et al.,

    Appellants

Barbara Krukowski-Rastelli and William Prevatel, AIA,

    Appellees

  v.

Gina Raimondo, in her official capacity as Secretary of Commerce, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 8, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Walker and Garcia, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by August 30, 2023.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)