# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5267** | **September Term, 2023** |
| | 1:21-cv-02365-TNM |
| | Filed On: September 8, 2023 [2015924] |

Architects & Engineers for 9/11 Truth, et al.,

    Appellants

Barbara Krukowski-Rastelli and William Prevatel, AIA,

    Appellees

  v.

Gina Raimondo, in her official capacity as Secretary of Commerce, et al.,

    Appellees

    **BEFORE:**    Circuit Judges Walker and Garcia, and Senior Circuit Judge Randolph

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, September 8, 2023 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Mick G. Harrison, counsel for Appellants.

    Catherine Padhi (DOJ), counsel for Appellees.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Anne A. Rothenberger
            Deputy Clerk